561 A.2d 739

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Kenneth L. PARKER, a/k/a Kenneth Lester Parker.**

Supreme Court of Pennsylvania.

Argued March 10, 1989.

Decided July 27, 1989.

---

337

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Sandra Preuhs, Asst. Dist. Atty., Pittsburgh, for appellant.

Melaine Shannon Rothey, Pittsburgh, Pa., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## OPINION OF THE COURT

PER CURIAM:

We reverse the order of the Superior Court, 373 Pa.Super. 638, 536 A.2d 827, vacating the judgment of sentence and remanding this matter for the entry of an order of discharge and hereby reinstate the judgment of sentence. The Superior Court failed to apply the mandate of Pennsylvania Criminal Procedural Rule 1100(a)(4), formerly set at Rule 1100(a)(3), providing that the date of transfer of a court case from the juvenile court to the trial or criminal division is the operative date for computing the time within which a trial must commence.